NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1537

B-K LIGHTING, INC.,

Plaintiff-Appellant,

v.

FRESNO VALVES & CASTINGS, INC.
(doing business as Vision3 Lighting),

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California
in case no. 06-CV-02825, Judge Margaret M. Morrow.

ON MOTION

ORDER

Upon consideration of B-K Lighting, Inc.'s unopposed motion for leave to file its

corrected joint appendix,

IT IS ORDERED THAT:

The motion is granted and the joint appendix is accepted for filing.

FOR THE COURT

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven E. Shapiro, Esq.
Duane H. Mathiowetz, Esq.

s8